UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

RICHARD NATHANIEL MILLER (#347066)     CIVIL ACTION

VERSUS

STATE OF LOUISIANA, ET AL.     17-279-SDD-RLB

### RULING

On or about April 27, 2017, the *pro se* Plaintiff, a person confined at the Dixon Correctional Center ("DCC") in Jackson, Louisiana, filed a *Complaint*[1] alleging a civil rights violation pursuant to 42 U.S.C. § 1983 against the State of Louisiana, Secretary James M. LeBlanc, and Attorney General Jeff Landry. The *Complaint* was not on an approved form, and the Plaintiff did not pay the Court's filing fee or submit a *pauper* motion. Pursuant to correspondence dated May 19, 2017,[2] the Court directed the Plaintiff to submit his *Complaint* on an approved form and to pay the Court's filing fee, or file a motion to proceed in *forma pauperis*.

A review of the record by the Court reflects that, despite notice and an opportunity to appear, the Plaintiff has failed to respond to the Court's directives. Instead, the Plaintiff filed a *Motion for Extension of Time*[3] which was denied by the Court on June 27, 2017.[4] As such, the Plaintiff's action shall be dismissed without prejudice for failure to correct the deficiencies of which he was notified. Accordingly,

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 2.
[3] Rec. Doc. 3.
[4] *See* Rec. Doc. 9.

IT IS HEREBY ORDERED the above-captioned proceeding be DISMISSED WITHOUT PREJUDICE. *Judgment* shall be entered accordingly.

Baton Rouge, Louisiana the 23 day of August, 2017.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA